B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Guarino, Vito Domenico** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Guarino, Lucretia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-3578** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-0371** |
| Street Address of Debtor (No. and Street, City, and State): **401 Montrose Ave.** **Wood Dale, IL**  ZIP Code **60191** | Street Address of Joint Debtor (No. and Street, City, and State): **401 Montrose Ave.** **Wood Dale, IL**  ZIP Code **60191** |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **DuPage** |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Guarino, Vito Domenico** <br> **Guarino, Lucretia** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Richard N. Golding     **August 2, 2010** <br> Signature of Attorney for Debtor(s)    (Date) <br> **Richard N. Golding 0992100** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Guarino, Vito Domenico**<br>**Guarino, Lucretia** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X /s/ Vito Domenico Guarino**<br>Signature of Debtor **Vito Domenico Guarino**<br><br>**X /s/ Lucretia Guarino**<br>Signature of Joint Debtor **Lucretia Guarino**<br><br>Telephone Number (If not represented by attorney)<br><br>**August 2, 2010**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X /s/ Richard N. Golding**<br>Signature of Attorney for Debtor(s)<br><br>**Richard N. Golding 0992100**<br>Printed Name of Attorney for Debtor(s)<br><br>**Law Offices of Richard N. Golding, PC**<br>Firm Name<br><br>**500 North Dearborn Street**<br>**Second Floor**<br>**Chicago, IL 60610-4900**<br><br>Address<br><br>**Email: RGOLDING@GOLDINGLAW.NET**<br>**(312) 832-7885 Fax: (312) 755-5720**<br>Telephone Number<br><br>**August 2, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vito Domenico Guarino**
**Lucretia Guarino**
Debtor(s)

Case No. 

Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Vito Domenico Guarino**
                     **Vito Domenico Guarino**

Date:  **August 2, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vito Domenico Guarino / Lucretia Guarino**  
Debtor(s)

Case No. _____  
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Lucretia Guarino**
                     **Lucretia Guarino**

Date: **August 2, 2010**

A/R Concepts
2320 Dean St Suite 202
Saint Charles, IL 60175

ACC International
919 Estes Court
Schaumburg, IL 60193-4427

Alexian Brothers Medical Center
3040 Salt Creek Lane
Arlington Heights, IL 60005

Allianceone Inc
6565 Kimball Dr
Gig Harbor, WA 98335

AMCA Collection Agency
2269 S. Saw Mill River Road, B. 3
Elmsford, NY 10523

Antonio Guida
Cuba Road
Barrington, IL

Antonio Gukla
25954 W. Cuba Rd.
Barrington, IL 60010

Arnstein & Lehr, LLP
120 Riverside Plaza, Ste. 1200
Chicago, IL 60606

Asset Acceptance Llc
Po Box 2036
Warren, MI 48090

Atg Credit Llc
1043 W. Grandville
Chicago, IL 60660

ATG Credit LLC
P.O. Box 14895
Chicago, IL 60614-4895

Bon Ton (Carson's)
Retail Services
PO Box 15521
Wilmington, DE 19850-5521

Cantera
PO Box 477
Elmhurst, IL 60126

Cardiovascular Associates
Dept. 20 1027
PO Box 5940
Carol Stream, IL 60197

Cardiovascular Associates
Dept. 20 1027
PO Box 5940
Carol Stream, IL 60197

Cardiovascular Associates S.C.
800 Biesterfield Rd.
Ste. G01 Wimmer Bldg.
Elk Grove Village, IL 60007

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702

CBE Group
131 Tower Park Dr., Ste. 100
Waterloo, IA 50701

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085

Chase
Po Box 1093
Northridge, CA 91328

Chase
Po Box 15298
Wilmington, DE 19850

```
Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


City of Wood Dale
404 N. Wood Dale Rd.
Wood Dale, IL 60191


Clarence Domingo
c/o Michael Edgeton
125 Wood St.
West Chicago, IL 60186


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


Contract Callers Inc
1058 Claussen Rd Ste 110
Augusta, GA 30907


Dental Profile
120 E. Lake  St.
Addison, IL 60101


Diagnostic Imaging Assoc.
PO Box 68
Northbrook, IL 60065-0068


Dish Network
Dept. 0063
Palatine, IL 60055-0063
```

Distributor Plus, Inc.
c/o Steven Saks RBG Ltd.
309 W. Washington St., Ste. 900
Chicago, IL 60606


Donata Guarino
8200 West Leland
Norridge, IL 60656


Drs. Wendy & David Chua
Zenith Management, Inc.
2900 Oak Brook Hills Rd.
Oak Brook, IL 60523


Edward Freud, Esq.
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle St., Ste. 700
Chicago, IL 60601


Elk Grove Cardiology Assoc.
520 E. 22nd St.
Lombard, IL 60148


Elk Grove Radiology SC
75 Remittance Dr. Ste. 6500
Chicago, IL 60675-6500


Floor Pros, Inc.
Mike Guarino
8271 W. Strong
Norridge, IL 60706


Franks Adjustment Bure
521 High St
Racine, WI 53402


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Rd., Ste. 333
Naperville, IL 60566


George S.May International
303 South Northwest Highway
Park Ridge, IL 60068-4255

```
Granite Express, Inc.
1055 Southeast 9th Terrace
Hialeah, FL 33010-5804


Greentree & Associates
Po Box 3417
Escondido, CA 92033


Harris NA
111 W Monroe Street
Suite 12W
Chicago, IL 60603


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


ICS
PO Box 1010
Tinley Park, IL 60477-9110


Ill. Dept. of Employment Security
Collections Section
33 S. State St., 10th Flr.
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201
```

```
Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
District Director
230 S. Dearborn Street
Chicago, IL 60651


John & Joan Zaragoza
5317 S. Archer Ave.
Chicago, IL 60632


Kate McCracken Esq.
1001 E. Main St., Ste. G
Saint Charles, IL 60174


Kohl's
PO Box 3004
Milwaukee, WI 53201-3004


Law Office of William A. Shelby PC
240 E. Lake St., Ste. 101A


Lee Caiolino
10 Hotz Rd.
Lincolnshire, IL 60069


Macy's
P.O.Box 689195
Des Moines, IA 50368-9195


Mage & Price
707 Lake Cook Road Suite 314
Deerfield, IL 60015
```

Mansoor Khan MD SC
800 Biesterfield Rd., Ste. 407
Elk Grove Village, IL 60007


Mario Rizzi
475 Industrial Drive
Bensenville, IL 60103


MC Machinery Systems, Inc.
c/o Masuda, Funai, Eifert & Mitchel
203 N. LaSalle St., Ste. 2500
Chicago, IL 60601-1262


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


MEA Elk Grove LLC
PO Box 5964
Carol Stream, IL 60197-5964


Michael Cook
1301 Williamsburg Dr.
Schaumburg, IL 60193


Michael T. Nigro, Esq.
1793 Bloomingdale Road
Glendale Heights, IL 60139


Michele Rocawich
407 S. Dearborn St.
Ste. 1300
Chicago, IL 60605


Midwest Heart Specialists
1919 S. Highland Ave.
Ste. 118 C
Lombard, IL 60148


Mitsubishi Motors Credit
PO Box 0574
Carol Stream, IL 60132-0574

```
Mmca/C1
Po Box 91614
Mobile, AL 36691


Mohsin Abbasj
Lake Cook Commons Shopping Ctr.
2387 Hicks Road
Palatine, IL 60067


Nadejda Tzvetkova
657 Terry Court
Roselle, IL 60172


National Bank of Commerce
5500 Saint Charles Road
Berkeley, IL 60163


National Credit Soluti
Po Box 15779
Oklahoma City, OK 73155


NCO Financial Systems
605 W. Edison Rd., Ste. K
Mishawaka, IN 46545


Nicor
1844 Ferry Road
Naperville, IL 60563


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Quest Diagnostics, Inc.
attn: Patient Billing
1355 Mittel Blvd.
Wood Dale, IL 60191


Republic Bank of Commerce
2221 Camden Court
Oak Brook, IL 60523


Sam L. Amirante & Assoc. P.C.
800 E. Northwest Hwy., Ste. 1000
Palatine, IL 60074
```

```
Secretary of State License Renewal
3701 Winchester Road
Springfield, IL 62707-9700


Stein & Rotman
105 W. Madison St.
Chicago, IL 60602


Stone Gallery International Corp.
1340 W. Ardmore Ave.
Itasca, IL 60143


Summit Surgicare
1710 Midwest Club Pkwy.
Oak Brook, IL 60523


TCF National Bank
800 Burr Ridge Pkwy.
Burr Ridge, IL 60521


Traci Skeeters
IDR 100% Penalty Unit
PO Box 19035
Springfield, IL 62794-9035


Traci Skeeters
IDR 100% Penalty Unit
PO Box 19035
Springfield, IL 62794-9035


Tri-Stone Imports
1951 E. Touhy Ave.
Elk Grove Village, IL 60007


Ultra Kitchens & Tops, Inc.
Ultra Granite, Inc.
1122 Morse Ave.
Schaumburg, IL 60193


Universal Granite & Marble, Inc.
29 W 414 North Aurora Road
Naperville, IL 60563
```

```
Village of Addison
1 Friendship Plaza
Addison, IL 60101


Village of Franklin Park
9500 W. Belmont Ave.
Franklin Park, IL 60131


Washington Mutual Bank
Bankruptcy Dept.
7255 Bay Meadows Way
Jacksonville, FL 32256


Washington Mutual Bank
Bankruptcy Dept.
7255 Bay Meadows Way
Jacksonville, FL 32256


Washington Mutual Bank
1270 Northland Dr., Ste. 200
Mendota Heights, MN 55120


West Suburban Currency Exchange
c/o Mages & Price
707 Lake Cook Road, Ste. 314
Deerfield, IL 60015


World Store Design, Inc.
401 E. Montrose Ave.
Wood Dale, IL 60191
```